THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CRIMINAL CASE NO. 1:10-cr-00008-MR

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | **O R D E R** |
| WILLIAM ISAAC SMALLS, | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on the Defendant's letter, which the Court construes as an application for leave to file a successive motion to vacate pursuant to 28 U.S.C. § 2255 [Doc. 56].

If the Defendant wishes to apply for leave to file a successive § 2255 motion, he must seek authorization to do so from the United States Court of Appeals for the Fourth Circuit. See 28 U.S.C. § 2255(h). Accordingly, the Defendant's application for leave to file is denied.

**IT IS, THEREFORE, ORDERED** that the Defendant's letter, which the Court construes as an application for leave to file a successive motion to vacate pursuant to 28 U.S.C. § 2255 [Doc. 56] is **DENIED**.

**IT IS SO ORDERED.**

Signed: June 27, 2020

Martin Reidinger
Chief United States District Judge